```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 18-03800-HWV
Genevieve K. Froehlich                                              Chapter 13
    Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: AutoDocke          Page 1 of 1          Date Rcvd: Apr 08, 2020
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2020.
5306259        +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,   Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2020                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Emmanuel Joseph Argentieri    on behalf of Creditor    U.S. Bank National Association as trustee of
               Lodge Series IV Trust bk@rgalegal.com
              James   Warmbrodt    on behalf of Creditor    InSolve Global Credit Fund III, L.P. for the benefit
               of Lodge Series IV Trust bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    Loancare, LLC pamb@fedphe.com
              John Matthew Hyams    on behalf of Debtor 1 Genevieve K. Froehlich jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com
              Mario John Hanyon    on behalf of Creditor    Wells Fargo pamb@fedphe.com
              Thomas   Song    on behalf of Creditor    Loancare, LLC pamb@fedphe.com
              Thomas   Song    on behalf of Creditor    Specialized Loan Servicing LLC pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:18-bk-03800-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Genevieve K. Froehlich
345 Rosewood Lane
Harrisburg PA 17111

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/07/2020.

Name and Address of Alleged Transferor(s):

Claim No. 2: Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129

Name and Address of Transferee:

U.S. Bank NA as Trustee to Lodge Series IV Trust
c/o Rushmore Loan Management Services
P.O. 52708
Irvine, CA 92619
U.S. Bank NA as Trustee to Lodge Series
c/o Rushmore Loan Management Services

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/10/20

Terrence S. Miller
**CLERK OF THE COURT**