## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     GENEVIEVE K. FROEHLICH

                        Debtor(s)
                                                    CHAPTER 13

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
                    Movant                          CASE NO: 1-18-03800-HWV

          vs.

          GENEVIEVE K. FROEHLICH

                        Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on August 6, 2020, Charles DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney James K. Jones, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:     August 6, 2020                    Respectfully submitted,

                                             /s/    James K. Jones, Esquire
                                             ID:  39031
                                             Attorney for Movant
                                             Charles J. DeHart, III
                                             Standing Chapter 13 Trustee
                                             8125 Adams Drive, Suite A
                                             Hummelstown, PA 17036
                                             Phone:  (717) 566-6097
                                             Fax:  (717) 566-8313
                                             eMail:  jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    GENEVIEVE K. FROEHLICH

                                 CHAPTER 13

            Debtor(s)

           CHARLES J. DEHART, III
           CHAPTER 13 TRUSTEE                  CASE NO: 1-18-03800-HWV
                  Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion.  Any matters not resolved shall be heard at the dismissal hearing.

**HEARING:**

           September 9, 2020 at 09:35 AM
           Bankruptcy Courtroom
           Ronald Reagan Federal Bldg
           3rd Floor, 228 Walnut Street
           Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.    You have paid the following and have confirmed payment with Trustee DeHart's office.

        **AMOUNT DELINQUENT AS OF LAST MONTH:  $ 5543.95**
        **AMOUNT DUE FOR THIS MONTH:  $1372.62**
        **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $6916.57**

**NOTE:**
        **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

        **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

        If **submitting payment by U.S. First Class Mail** mail to:
           **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA  17604**

        If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.    You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with

the Court, or

3.     You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  August 6, 2020

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   GENEVIEVE K. FROEHLICH

                                                    CHAPTER 13

          Debtor(s)

          CHARLES J. DEHART, III                    CASE NO: 1-18-03800-HWV
          CHAPTER 13 TRUSTEE
                Movant

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 6, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

Served Electronically

JOHN M HYAMS ESQUIRE                      UNITED STATES TRUSTEE
2023 N 2ND STREET, SUITE 203              SUITE 1190
HARRISBURG, PA  17102-                    228 WALNUT STREET
                                          HARRISBURG, PA  17101

Served by First Class Mail

GENEVIEVE K. FROEHLICH
345 ROSEWOOD LANE
HARRISBURG, PA  17111

I certify under penalty of perjury that the foregoing is true and correct.

Date:  August 6, 2020                  Liz Joyce
                                       for Charles J. DeHart, III, Trustee
                                       Suite A, 8125 Adams Dr.
                                       Hummelstown, PA  17036
                                       Phone:  (717) 566-6097
                                       eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    GENEVIEVE K. FROEHLICH

                                   CHAPTER 13

           Debtor(s)

        CHARLES J. DEHART, III
        CHAPTER 13 TRUSTEE
              Movant               CASE NO: 1-18-03800-HWV

        vs.

        GENEVIEVE K. FROEHLICH       MOTION TO DISMISS

### ORDER DISMSSING CASE

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.