```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 18-03800-HWV
Genevieve K. Froehlich                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1         User: AutoDocke         Page 1 of 1         Date Rcvd: Sep 25, 2020
                             Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2020.
        +Aetna Resources, LLC,   151 Farmington Avenue,   Hartford, CT 06156-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2020 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        Emmanuel Joseph Argentieri    on behalf of Creditor    U.S. Bank National Association as trustee of
         Lodge Series IV Trust bk@rgalegal.com
        James Warmbrodt     on behalf of Creditor    InSolve Global Credit Fund III, L.P. for the benefit
         of Lodge Series IV Trust bkgroup@kmllawgroup.com
        Jerome B Blank    on behalf of Creditor    Loancare, LLC pamb@fedphe.com
        John Matthew Hyams     on behalf of Debtor 1 Genevieve K. Froehlich jmh@johnhyamslaw.com,
         acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com
        Mario John Hanyon     on behalf of Creditor    Wells Fargo pamb@fedphe.com
        Thomas  Song    on behalf of Creditor    Loancare, LLC pamb@fedphe.com
        Thomas  Song    on behalf of Creditor    Specialized Loan Servicing LLC pamb@fedphe.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
:
Genevieve K. Froehlich : CASE NO: 1:18-bk-03800-HWV
:
:
Debtor :

### ORDER DIRECTED TO DEBTOR'S EMPLOYER

Upon consideration of the Motion of the Debtor, for a Wage Attachment Order having come this day before the Court, it is hereby:

ORDERED that, the Employer, Aetna Resources, LLC, 151 Farmington Avenue, Hartford, CT 06156, of Genevieve K. Froehlich, is hereby directed to deduct $661.46 from Genevieve K. Froehlich's bi-weekly salary, commencing immediately and continuing thereafter for 36 months, and to remit the same to Charles J. Dehart, III, Esquire, Standing Chapter 13 Trustee, P.O. Box 7005, Lancaster, PA 17604.

Dated: September 25, 2020        By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (CD)