IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
:
:
Genevieve K. Froehlich :
    Debtor : CASE NO. 1:18-bk-03800-HWV
: CHAPTER 13
:

To the Clerk:

Please mark docket entry 73 as withdrawn.

Respectfully submitted,

LAW OFFICES OF JOHN M. HYAMS

May 4, 2023      By:    /s/ John M. Hyams
                                   John M. Hyams
                                   2023 North 2nd Street
                                   Harrisburg, PA 17102
                                   (717) 520-0300
                                   Attorney for Debtor