Certificate Number: 06531-PAM-DE-037702367

Bankruptcy Case Number: 18-03800



06531-PAM-DE-037702367

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 23, 2023, at 10:53 o'clock AM CDT, Genevieve K Froehlich completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  August 23, 2023         By:     /s/Connie Krosch

                               Name:   Connie Krosch

                               Title:  Certified Credit Counselor