United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-03800-HWV |
| Genevieve K. Froehlich | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Aug 24, 2023 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5319699 | + Email/Text: flyersprod.inbound@axisai.com | Aug 24 2023 18:30:00 | U.S. Bank NA as Trustee to Lodge Series IV Trust, c/o Rushmore Loan Management Services, P.O. 52708, Irvine, CA 92619, U.S. Bank NA as Trustee to Lodge Series, c/o Rushmore Loan Management Services 92619-2708 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 26, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Emmanuel Joseph Argentieri | on behalf of Creditor U.S. Bank National Association as trustee of Lodge Series IV Trust bk@rgalegal.com |
| Emmanuel Joseph Argentieri | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Dwelling Series IV Trust bk@rgalegal.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor InSolve Global Credit Fund III L.P. for the benefit of Lodge Series IV Trust bkgroup@kmllawgroup.com |

Jerome B Blank
    on behalf of Creditor Loancare LLC pamb@fedphe.com

John Matthew Hyams
    on behalf of Debtor 1 Genevieve K. Froehlich jmh@johnhyamslaw.com
    acb@johnhyamslaw.com;ras@johnhyamslaw.com;dlh@johnhyamslaw.com

Lauren Marie Moyer
    on behalf of Creditor Rushmore Loan Management Services LLC as Servicer for U.S. Bank Trust National Association, as Trustee of the Dwelling Series IV Trust lmoyer@friedmanvartolo.com, ecfmail@ecf.courtdrive.com

Lauren Marie Moyer
    on behalf of Creditor U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust c/o SN Servicing Corporation lmoyer@friedmanvartolo.com, ecfmail@ecf.courtdrive.com

Mario John Hanyon
    on behalf of Creditor Wells Fargo pamb@fedphe.com mario.hanyon@brockandscott.com

Thomas Song
    on behalf of Creditor Specialized Loan Servicing LLC tomysong0@gmail.com

Thomas Song
    on behalf of Creditor Loancare LLC tomysong0@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 12

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania  
Case No. 1:18-bk-03800-HWV  
Chapter 13

In re: Debtor(s) (including Name and Address)

Genevieve K. Froehlich  
345 Rosewood Lane  
Harrisburg PA 17111

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/23/2023.

Name and Address of Alleged Transferor(s):

Claim No. 2: U.S. Bank NA as Trustee to Lodge Series IV Trust, c/o Rushmore Loan Management Services, P.O. 52708, Irvine, CA 92619, U.S. Bank NA as Trustee to Lodge Series, c/o Rushmore Loan Management Services

Name and Address of Transferee:

U.S. Bank Trust National Association,  
as Trustee of Dwelling Series IV Trust  
c/o SN Servicing Corporation  
323 Fifth Street  
Eureka, CA 95501  
U.S. Bank Trust National Association,

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/26/23

Terrence S. Miller  
**CLERK OF THE COURT**