**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re: Genevieve K. Froelich

                 Case No.: 1-18-03800HWV

                   Chapter 13

**Debtor(s)**

**NOTICE OF FINAL CURE PAYMENT**

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | SN Servicing |
| Court Claim Number: | 02 |
| Last Four of Loan Number: | 6408 |
| Property Address if applicable: | 345 Rosewood Ln |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $47,151.10 |
| b. | Prepetition arrearages paid by the trustee: | $47,151.10 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $6,394.84 |
| f. | Postpetition arrearage paid by the trustee: | $6,394.84 |
| g. | Total b, d, and f: | $53,545.94 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage was paid through the Trustee.

| | |
|---|---|
| Current monthly mortgage payment: | $939.48 |
| The next postpetition payment is due on: | October 2023 |

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are

current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: September 26, 2023   Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Genevieve K. Froelich

Case No.: 1-18-03800HWV

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 26, 2023, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
John Hyams, Esquire
2023 N 2nd St
Suite 203
Harrisburg PA 17102

**Served by First Class Mail**
SN Servicing Corp
323 5th St
Eureka CA 95501

Genevieve K. Froelich
345 Rosewood Ln
Harrisburg, PA 17111

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 26, 2023

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-03800    **GENEVIEVE K. FROEHLICH**

**SN SERVICING CORPORATION**
323 FIFTH ST
EUREKA, CA   95501-

Acct No: 6408

Sequence: 07
Modify:
Filed Date:
Hold Code:

|  | Amt Sched: | $0.00 | Debt: | $36,832.25 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
|  | Amt Due: | $939.48 | Paid: | $36,832.25 | Accrued Int: | $0.00 |
|  |  |  |  |  | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | DisbDescrp |  |  |
| **5010** | **SN SERVICING CORPORATION** | | | | | | | |
| 501-0 | SN SERVICING CORPORATION | | 09/19/2023 | 9017162 | $939.48 | $0.00 | $939.48 | 09/19/2023 |
|  | | | | | | Payment for 9/2023 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 08/09/2023 | 2028041 | $939.48 | $0.00 | $939.48 | 08/17/2023 |
|  | | | | | | Payment for 8/2023 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 07/11/2023 | 2027050 | $939.48 | $0.00 | $939.48 | 07/20/2023 |
|  | | | | | | Payment for 7/2023 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 06/13/2023 | 2026131 | $939.48 | $0.00 | $939.48 | 06/22/2023 |
|  | | | | | | Payment for 6/2023 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 05/16/2023 | 2025194 | $885.15 | $0.00 | $885.15 | 05/24/2023 |
|  | | | | | | Payment for 5/2023 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 04/18/2023 | 2024196 | $885.15 | $0.00 | $885.15 | 04/26/2023 |
|  | | | | | | Payment for 4/2023 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 03/15/2023 | 2023152 | $885.15 | $0.00 | $885.15 | 03/21/2023 |
|  | | | | | | Payment for 3/2023 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 02/15/2023 | 2022156 | $885.15 | $0.00 | $885.15 | 02/23/2023 |
|  | | | | | | Payment for 2/2023 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 01/18/2023 | 2021154 | $887.29 | $0.00 | $887.29 | 01/27/2023 |
|  | | | | | | Payment for 1/2023 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 12/13/2022 | 2020158 | $887.29 | $0.00 | $887.29 | 01/26/2023 |
|  | | | | | | Payment for 12/2022 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 12/13/2022 | 2020158 | $887.29 | $0.00 | $887.29 | 01/26/2023 |
|  | | | | | | Payment for 10/2022 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 12/13/2022 | 2020158 | $887.29 | $0.00 | $887.29 | 01/26/2023 |
|  | | | | | | Payment for 11/2022 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 09/13/2022 | 2017103 | $887.29 | $0.00 | $887.29 | 09/20/2022 |
|  | | | | | | Payment for 9/2022 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 08/17/2022 | 2016097 | $752.01 | $0.00 | $752.01 | 08/25/2022 |
|  | | | | | | Payment for 8/2022 | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 07/13/2022 | 2015025 | $752.01 | $0.00 | $752.01 | 07/20/2022 |
| | | | | | | Payment for 7/2022 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 06/14/2022 | 2014051 | $752.01 | $0.00 | $752.01 | 06/21/2022 |
| | | | | | | Payment for 6/2022 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 05/17/2022 | 2013032 | $752.01 | $0.00 | $752.01 | 05/23/2022 |
| | | | | | | Payment for 5/2022 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 04/12/2022 | 2011940 | $752.01 | $0.00 | $752.01 | 04/25/2022 |
| | | | | | | Payment for 4/2022 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 03/16/2022 | 2010925 | $752.01 | $0.00 | $752.01 | 03/23/2022 |
| | | | | | | Payment for 3/2022 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 02/16/2022 | 2009929 | $752.01 | $0.00 | $752.01 | 02/24/2022 |
| | | | | | | Payment for 2/2022 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 01/19/2022 | 2008967 | $752.01 | $0.00 | $752.01 | 01/26/2022 |
| | | | | | | Payment for 1/2022 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 12/15/2021 | 2007946 | $752.01 | $0.00 | $752.01 | 01/12/2022 |
| | | | | | | Payment for 12/2021 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 11/16/2021 | 2006930 | $752.01 | $0.00 | $752.01 | 11/23/2021 |
| | | | | | | Payment for 11/2021 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 10/14/2021 | 2005900 | $752.01 | $0.00 | $752.01 | 10/25/2021 |
| | | | | | | Payment for 10/2021 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 09/14/2021 | 2004844 | $752.01 | $0.00 | $752.01 | 09/23/2021 |
| | | | | | | Payment for 9/2021 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 08/18/2021 | 2003858 | $825.67 | $0.00 | $825.67 | 08/30/2021 |
| | | | | | | Payment for 8/2021 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 07/14/2021 | 2002774 | $825.67 | $0.00 | $825.67 | 07/27/2021 |
| | | | | | | Payment for 7/2021 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 06/16/2021 | 2001795 | $825.67 | $0.00 | $825.67 | 06/24/2021 |
| | | | | | | Payment for 6/2021 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 05/18/2021 | 2000804 | $825.67 | $0.00 | $825.67 | 05/28/2021 |
| | | | | | | Payment for 5/2021 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 04/15/2021 | 1229411 | $825.67 | $0.00 | $825.67 | 04/23/2021 |
| | | | | | | Payment for 4/2021 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 03/17/2021 | 1228402 | $825.67 | $0.00 | $825.67 | 03/25/2021 |
| | | | | | | Payment for 3/2021 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 02/17/2021 | 1227376 | $825.67 | $0.00 | $825.67 | 02/24/2021 |
| | | | | | | Payment for 2/2021 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 01/19/2021 | 1226361 | $825.67 | $0.00 | $825.67 | 01/29/2021 |
| | | | | | | Payment for 1/2021 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 12/10/2020 | 1224578 | $825.67 | $0.00 | $825.67 | 12/17/2020 |
| | | | | | | Payment for 12/2020 | | |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 11/03/2020 | 1223599 | $825.67 | $0.00 | $825.67 | 11/16/2020 |
| | | | | | | Payment for 10/2020 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 11/03/2020 | 1223599 | $825.67 | $0.00 | $825.67 | 11/16/2020 |
| | | | | | | Payment for 11/2020 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 11/03/2020 | 1223599 | $825.67 | $0.00 | $825.67 | 11/16/2020 |
| | | | | | | Payment for 9/2020 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 10/15/2020 | 1222800 | $770.64 | $0.00 | $770.64 | 10/21/2020 |
| | | | | | | Payment for 8/2020 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 09/17/2020 | 1221814 | $770.64 | $0.00 | $770.64 | 09/25/2020 |
| | | | | | | Payment for 6/2020 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 09/17/2020 | 1221814 | $770.64 | $0.00 | $770.64 | 09/25/2020 |
| | | | | | | Payment for 7/2020 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 09/17/2020 | 1221814 | $770.64 | $0.00 | $770.64 | 09/25/2020 |
| | | | | | | Payment for 5/2020 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 08/12/2020 | 1220756 | $770.64 | $0.00 | $770.64 | 08/19/2020 |
| | | | | | | Payment for 4/2020 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 07/07/2020 | 1219711 | $770.64 | $0.00 | $770.64 | 07/31/2020 |
| | | | | | | Payment for 3/2020 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 04/14/2020 | 1216711 | $770.64 | $0.00 | $770.64 | 04/21/2020 |
| | | | | | | Payment for 2/2020 | | |
| 501-0 | SPECIALIZED LOAN SERVICING LLC | | 03/12/2020 | 1215498 | $770.64 | $0.00 | $770.64 | 03/19/2020 |
| | | | | | | Payment for 1/2020 | | |
| | | | | Sub-totals: | $36,832.25 | $0.00 | $36,832.25 | |
| | | | | Grand Total: | $36,832.25 | $0.00 | | |

**Case:** 18-03800  **GENEVIEVE K. FROEHLICH**

**RUSHMORE LOAN MANAGEMENT SERVICE**
P.O. BOX 674402

HOUSTON, TX  77267-440

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

Acct No: #6408/post arrears rosewood

06/19  2AP POST ARREARS/STIP  ROSEWOOD LN

| | | |
|---|---|---|
| Amt Sched: $0.00 | Debt: $6,394.84 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $6,394.84 | Accrued Int: $0.00 |
| | | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |

**5210   RUSHMORE LOAN MANAGEMENT SERVICE**

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | RUSHMORE LOAN MANAGEMENT SE | | 01/18/2023 | 2021156 | $189.48 | $0.00 | $189.48 | 01/27/2023 |
| 521-0 | RUSHMORE LOAN MGMT SERVICE | | 12/13/2022 | 2020163 | $253.00 | $0.00 | $253.00 | 01/06/2023 |
| 521-0 | RUSHMORE LOAN MGMT SERVICE | | 09/13/2022 | 2017106 | $227.81 | $0.00 | $227.81 | 09/20/2022 |
| 521-0 | RUSHMORE LOAN MGMT SERVICE | | 08/17/2022 | 2016102 | $223.01 | $0.00 | $223.01 | 08/25/2022 |
| 521-0 | RUSHMORE LOAN MGMT SERVICE | | 07/13/2022 | 2015030 | $205.79 | $0.00 | $205.79 | 07/19/2022 |
| 521-0 | RUSHMORE LOAN MGMT SERVICE | | 06/14/2022 | 2014057 | $188.59 | $0.00 | $188.59 | 06/21/2022 |
| 521-0 | RUSHMORE LOAN MGMT SERVICE | | 05/17/2022 | 2013037 | $188.58 | $0.00 | $188.58 | 05/24/2022 |
| 521-0 | RUSHMORE LOAN MGMT SERVICE | | 04/12/2022 | 2011944 | $188.59 | $0.00 | $188.59 | 04/22/2022 |
| 521-0 | RUSHMORE LOAN MGMT SERVICE | | 03/16/2022 | 2010929 | $188.58 | $0.00 | $188.58 | 03/23/2022 |
| 521-0 | RUSHMORE LOAN MGMT SERVICE | | 02/16/2022 | 2009932 | $188.59 | $0.00 | $188.59 | 02/24/2022 |
| 521-0 | RUSHMORE LOAN MGMT SERVICE | | 01/19/2022 | 2008972 | $166.56 | $0.00 | $166.56 | 01/26/2022 |
| 521-0 | RUSHMORE LOAN MGMT SERVICE | | 12/15/2021 | 2007949 | $188.59 | $0.00 | $188.59 | 01/03/2022 |
| 521-0 | RUSHMORE LOAN MGMT SERVICE | | 11/16/2021 | 2006933 | $188.58 | $0.00 | $188.58 | 11/23/2021 |
| 521-0 | RUSHMORE LOAN MGMT SERVICE | | 10/14/2021 | 2005904 | $195.42 | $0.00 | $195.42 | 10/25/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | RUSHMORE LOAN MGMT SERVICE | | 09/14/2021 | 2004847 | $202.06 | $0.00 | $202.06 | 09/23/2021 |
| 521-0 | RUSHMORE LOAN MGMT SERVICE | | 08/18/2021 | 2003862 | $202.06 | $0.00 | $202.06 | 08/30/2021 |
| 521-0 | RUSHMORE LOAN MGMT SERVICE | | 07/14/2021 | 2002778 | $202.05 | $0.00 | $202.05 | 07/26/2021 |
| 521-0 | RUSHMORE LOAN MGMT SERVICE | | 06/16/2021 | 2001798 | $186.87 | $0.00 | $186.87 | 06/24/2021 |
| 521-0 | RUSHMORE LOAN MGMT SERVICE | | 05/18/2021 | 2000807 | $194.47 | $0.00 | $194.47 | 05/27/2021 |
| 521-0 | RUSHMORE LOAN MGMT SERVICE | | 04/15/2021 | 1229414 | $186.88 | $0.00 | $186.88 | 04/23/2021 |
| 521-0 | RUSHMORE LOAN MGMT SERVICE | | 03/17/2021 | 1228404 | $186.87 | $0.00 | $186.87 | 03/26/2021 |
| 521-0 | RUSHMORE LOAN MGMT SERVICE | | 02/17/2021 | 1227379 | $186.87 | $0.00 | $186.87 | 02/24/2021 |
| 521-0 | RUSHMORE LOAN MGMT SERVICE | | 01/19/2021 | 1226364 | $328.20 | $0.00 | $328.20 | 01/29/2021 |
| 521-0 | RUSHMORE LOAN MGMT SERVICE | | 11/03/2020 | 1223601 | $1,737.34 | $0.00 | $1,737.34 | 11/16/2020 |
| | | | | Sub-totals: | $6,394.84 | $0.00 | $6,394.84 | |
| | | | | Grand Total: | $6,394.84 | $0.00 | | |

# Disbursements for Claim

**Case:** 18-03800   **GENEVIEVE K. FROEHLICH**

**RUSHMORE LOAN MANAGEMENT SERVICE**
P.O. BOX 674402

HOUSTON, TX   77267-440

**Acct No:** 345 Rosewood Lane - PRE-AR

ARREARS - 345 ROSEWOOD LANE

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

| | | | | |
|---|---|---|---|---|
| Amt Sched: $97,466.00 | Debt: $10,318.85 | Interest Paid: $0.00 | | |
| Amt Due: $0.00 | Paid: $10,318.85 | Accrued Int: $0.00 | | |
| | | Balance Due: $0.00 | | |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **RUSHMORE LOAN MANAGEMENT SERVICE** | | | | | | | |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 01/18/2023 | 2021155 | $305.74 | $0.00 | $305.74 | 01/27/2023 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 12/13/2022 | 2020163 | $408.25 | $0.00 | $408.25 | 01/06/2023 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 09/13/2022 | 2017106 | $367.61 | $0.00 | $367.61 | 09/20/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 08/17/2022 | 2016102 | $359.84 | $0.00 | $359.84 | 08/25/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 07/13/2022 | 2015030 | $332.08 | $0.00 | $332.08 | 07/19/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 06/14/2022 | 2014057 | $304.30 | $0.00 | $304.30 | 06/21/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 05/17/2022 | 2013037 | $304.31 | $0.00 | $304.31 | 05/24/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 04/12/2022 | 2011944 | $304.30 | $0.00 | $304.30 | 04/22/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 03/16/2022 | 2010929 | $304.31 | $0.00 | $304.31 | 03/23/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 02/16/2022 | 2009932 | $304.30 | $0.00 | $304.30 | 02/24/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 01/19/2022 | 2008972 | $268.78 | $0.00 | $268.78 | 01/26/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 12/15/2021 | 2007949 | $304.30 | $0.00 | $304.30 | 01/03/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 11/16/2021 | 2006933 | $304.31 | $0.00 | $304.31 | 11/23/2021 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 10/14/2021 | 2005904 | $315.33 | $0.00 | $315.33 | 10/25/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 09/14/2021 | 2004847 | $326.04 | $0.00 | $326.04 | 09/23/2021 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 08/18/2021 | 2003862 | $326.04 | $0.00 | $326.04 | 08/30/2021 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 07/14/2021 | 2002778 | $326.05 | $0.00 | $326.05 | 07/26/2021 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 06/16/2021 | 2001798 | $301.54 | $0.00 | $301.54 | 06/24/2021 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 05/18/2021 | 2000807 | $313.79 | $0.00 | $313.79 | 05/27/2021 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 04/15/2021 | 1229414 | $301.54 | $0.00 | $301.54 | 04/23/2021 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 03/17/2021 | 1228404 | $301.55 | $0.00 | $301.55 | 03/26/2021 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 02/17/2021 | 1227379 | $301.55 | $0.00 | $301.55 | 02/24/2021 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 01/19/2021 | 1226364 | $529.58 | $0.00 | $529.58 | 01/29/2021 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 11/03/2020 | 1223601 | $2,803.41 | $0.00 | $2,803.41 | 11/16/2020 |
| | | | | Sub-totals: | $10,318.85 | $0.00 | $10,318.85 | |
| | | | | Grand Total: | $10,318.85 | $0.00 | | |