United States Bankruptcy Court
Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-03800-HWV |
| Genevieve K. Froehlich | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Oct 04, 2023 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2023:**

**Recip ID**      **Recipient Name and Address**
    \+   Aetna Resources, LLC, Attn: Payroll Department, 151 Farmington Ave, Hartford, CT 06156-0001

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Emmanuel Joseph Argentieri | on behalf of Creditor U.S. Bank National Association as trustee of Lodge Series IV Trust bk@rgalegal.com |
| Emmanuel Joseph Argentieri | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Dwelling Series IV Trust bk@rgalegal.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor InSolve Global Credit Fund III L.P. for the benefit of Lodge Series IV Trust bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor Loancare LLC pamb@fedphe.com |
| John Matthew Hyams | on behalf of Debtor 1 Genevieve K. Froehlich jmh@johnhyamslaw.com |

| | |
|---|---|
| | acb@johnhyamslaw.com;ccv@johnhyamslaw.com;dlh@johnhyamslaw.com |
| Lauren Marie Moyer | on behalf of Creditor Rushmore Loan Management Services LLC as Servicer for U.S. Bank Trust National Association, as Trustee of the Dwelling Series IV Trust bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Lauren Marie Moyer | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust c/o SN Servicing Corporation bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Mario John Hanyon | on behalf of Creditor Wells Fargo pamb@fedphe.com mario.hanyon@brockandscott.com |
| Thomas Song | on behalf of Creditor Specialized Loan Servicing LLC tomysong0@gmail.com |
| Thomas Song | on behalf of Creditor Loancare LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    :      CASE NO. 1:18-bk-03800-HWV
Genevieve K. Froehlich              :
                                    :
                                    :      CHAPTER 13
                  Debtor            :

**ORDER DIRECTED TO DEBTOR'S EMPLOYER**

Upon consideration of the Motion of the Debtor, Genevieve K. Froehlich, to Terminate the Wage Attachment Order having come this day before the Court, it is hereby:

**ORDERED** that Aetna Resources, LLC Attn: Payroll Department, 151 Farmington Ave, Hartford, CT 06156, the employer of the Debtor(s), is hereby directed to discontinue deduction of $661.46 from Genevieve K. Froehlich's bi-weekly salary, commencing immediately.

By the Court,

*/s/ Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 4, 2023