**Fill in this information to identify the case:**

Debtor 1 ___Genevieve K. Froehlich_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Middle_____ District of __PA____
                                                                          (State)

Case number ___18-03800-HWV_____

---

Form 4100R

# Response to Notice of Final Cure Payment      10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust

**Court claim no.** (if known): __2-1__

**Last 4 digits** of any number you use to identify the debtor's account: __6__ __4__ __0__ __8__

**Property address:** 345 Rosewood Lane
                      Number     Street

                     Harrisburg, PA 17111
                     City               State     ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: __10__/__01__/__2023__
                                                                   MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:     (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:     + (b) $ _____

c. **Total**. Add lines a and b.     (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     ____/____/_____
                                                                   MM / DD / YYYY

Debtor 1  Genevieve K. Froehlich   Case number (*if known*) 18-03800-HWV
         First Name  Middle Name  Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Lauren M. Moyer, Esquire     Date  10/13/2023
   Signature

Print   Lauren M. Moyer           Title  Attorney for Creditor
        First Name  Middle Name  Last Name

Company  Friedman Vartolo LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  1325 Franklin Avenue, Suite 160
         Number       Street

         Garden City          NY       11530
         City                 State    ZIP Code

Contact phone ( 212 ) 471 – 5100    Email  bankruptcy@friedmanvartolo.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------X
:
IN RE: : CASE NO.: 18-03800-HWV
:
Genevieve K. Froehlich : CHAPTER: 13
:
: HON. JUDGE.: Henry W. Van Eck
Debtor. :
:
:
---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, Lauren M. Moyer, certify that on October __13__, 2023 I caused to be served a true copy of the annexed **RESPONSE TO NOTICE OF FINAL CURE** by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

    By: /s/ Lauren M. Moyer
FRIEDMAN VARTOLO LLP
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150

<u>**SERVICE LIST**</u>

Genevieve K. Froehlich
345 Rosewood Lane
Harrisburg, PA 17111
***Debtor***

John Matthew Hyams
Law Offices of John M. Hyams
2023 N 2nd St
Harrisburg, PA 17102
***Debtor's Attorney***

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
***Trustee***

Asst. U.S. Trustee
United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
***U.S. Trustee***

Case 1:18-bk-03800-HWV    Doc 86    Filed 10/13/23    Entered 10/13/23 11:52:20    Desc
Main Document      Page 4 of 4