In re:                                                                                                                            Case No. 18-03800-HWV

Genevieve K. Froehlich                                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                                       User: AutoDocke                                                            Page 1 of 3

Date Rcvd: Nov 20, 2023                                         Form ID: 3180W                                          Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Genevieve K. Froehlich, 345 Rosewood Lane, Harrisburg, PA 17111-2065 |
| cr | + | U.S. Bank Trust National Association, as Trustee o, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| 5105853 | + | BUREAU OF ACCOUNT MANAGEMENT, 3607 ROSEMONT AVE, CAMP HILL, Pennsylvania 17011-6904 |
| 5105858 | | Loancare, Interstate Corporate Center Bldg.9S, Norfolk, Virginia 23502-4005 |
| 5532290 | + | Rushmore Loan Management Services, LLC as, servicer for U.S. Bank Trust National, Association, as Trustee of the Dwelling, Series IV Trust, FRIEDMAN VARTOLO, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1666 |
| 5105864 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5127913 | + | WELLS FARGO, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH VA 23452-4262 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | ^ MEBN | Nov 20 2023 18:47:29 | Rushmore Loan Management Services, LLC as Servicer, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 20 2023 18:52:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + Email/Text: SLSBKNotices@nationalbankruptcy.com | Nov 20 2023 18:52:00 | Specialized Loan Servicing LLC, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 5105854 | + Email/Text: ebnnotifications@creditacceptance.com | Nov 20 2023 18:52:00 | CREDIT ACCEPTANCE CORP, 25505 West Twelve Mile Road, Southfield, MI 48034-8316 |
| 5105855 | + EDI: CCS.COM | Nov 20 2023 23:51:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 5105859 | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Nov 20 2023 18:52:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5105856 | + Email/Text: bankruptcydepartment@tsico.com | Nov 20 2023 18:52:00 | EOS CCA, PO Box 329, Norwell, MA 02061-0329 |
| 5105860 | EDI: IRS.COM | Nov 20 2023 23:51:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5105857 | EDI: JEFFERSONCAP.COM | Nov 20 2023 23:51:00 | JEFFERSON CAPITAL SYST, 16 McLeland Road, St. Cloud, MN 56303 |
| 5105863 | EDI: PENNDEPTREV | Nov 20 2023 23:51:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5105863 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 20 2023 18:52:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5105861 | Email/Text: fesbank@attorneygeneral.gov | Nov 20 2023 18:52:00 | Office of Attorney General, Financial Enforcement, Section, Stra, Harrisburg, PA 17120 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5179673 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 20 2023 18:52:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 5179674 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 20 2023 18:52:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 5105862 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Nov 20 2023 18:52:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5319698 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 20 2023 18:52:00 | U.S. Bank NA as Trustee to Lodge Series IV Trust, c/o Rushmore Loan Management Services, P.O. 52708, Irvine, CA 92619-2708 |
| 5319699 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 20 2023 18:52:00 | U.S. Bank NA as Trustee to Lodge Series IV Trust, c/o Rushmore Loan Management Services, P.O. 52708, Irvine, CA 92619, U.S. Bank NA as Trustee to Lodge Series, c/o Rushmore Loan Management Services 92619-2708 |
| 5561631 | ^ | MEBN | Nov 20 2023 18:47:21 | U.S. Bank Trust National Association,, as Trustee of Dwelling Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 5561632 | ^ | MEBN | Nov 20 2023 18:47:21 | U.S. Bank Trust National Association,, as Trustee of Dwelling Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305, U.S. Bank Trust National Association, |
| 5105864 | ^ | MEBN | Nov 20 2023 18:47:37 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5485461 | | U.S. Bank Trust National Association, as Trustee o, the Dwelling Series IV Trust |
| cr | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 5296249 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 5306258 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 5296250 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 5306259 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Emmanuel Joseph Argentieri | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Dwelling Series IV Trust bk@rgalegal.com |
| Emmanuel Joseph Argentieri | on behalf of Creditor U.S. Bank National Association as trustee of Lodge Series IV Trust bk@rgalegal.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor InSolve Global Credit Fund III L.P. for the benefit of Lodge Series IV Trust bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor Loancare LLC pamb@fedphe.com |
| John Matthew Hyams | on behalf of Debtor 1 Genevieve K. Froehlich jmh@johnhyamslaw.com acb@johnhyamslaw.com;ccv@johnhyamslaw.com;dlh@johnhyamslaw.com |
| Lauren Marie Moyer | on behalf of Creditor Rushmore Loan Management Services LLC as Servicer for U.S. Bank Trust National Association, as Trustee of the Dwelling Series IV Trust bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Lauren Marie Moyer | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust c/o SN Servicing Corporation bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Lauren Marie Moyer | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Dwelling Series IV Trust bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Mario John Hanyon | on behalf of Creditor Wells Fargo pamb@fedphe.com mario.hanyon@brockandscott.com |
| Thomas Song | on behalf of Creditor Loancare LLC tomysong0@gmail.com |
| Thomas Song | on behalf of Creditor Specialized Loan Servicing LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 13

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Genevieve K. Froehlich<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6611<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   1:18-bk-03800-HWV | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Genevieve K. Froehlich

11/20/23

**By the court:**

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W　　　　　　　　　　**Chapter 13 Discharge**　　　　　　　　　　page 2