United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                              Case No. 18-03800-HWV
Genevieve K. Froehlich                             Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                              User: AutoDocke                                        Page 1 of 2
Date Rcvd: Jan 10, 2024                      Form ID: fnldec                                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2024:**

**Recip ID**                **Recipient Name and Address**
db                     +    Genevieve K. Froehlich, 345 Rosewood Lane, Harrisburg, PA 17111-2065

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2024                             Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Emmanuel Joseph Argentieri | on behalf of Creditor U.S. Bank National Association as trustee of Lodge Series IV Trust bk@rgalegal.com |
| Emmanuel Joseph Argentieri | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Dwelling Series IV Trust bk@rgalegal.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor InSolve Global Credit Fund III L.P. for the benefit of Lodge Series IV Trust bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor Loancare LLC pamb@fedphe.com |
| John Matthew Hyams | on behalf of Debtor 1 Genevieve K. Froehlich jmh@johnhyamslaw.com |

acb@johnhyamslaw.com;ccv@johnhyamslaw.com;dlh@johnhyamslaw.com

Lauren Marie Moyer

on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Dwelling Series IV Trust bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com

Lauren Marie Moyer

on behalf of Creditor Rushmore Loan Management Services LLC as Servicer for U.S. Bank Trust National Association, as Trustee of the Dwelling Series IV Trust bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com

Lauren Marie Moyer

on behalf of Creditor U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust c/o SN Servicing Corporation bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com

Mario John Hanyon

on behalf of Creditor Wells Fargo pamb@fedphe.com mario.hanyon@brockandscott.com

Thomas Song

on behalf of Creditor Specialized Loan Servicing LLC tomysong0@gmail.com

Thomas Song

on behalf of Creditor Loancare LLC tomysong0@gmail.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Genevieve K. Froehlich,  Chapter 13

**Debtor 1**

Case No. 1:18−bk−03800−HWV

Social Security No.:
xxx−xx−6611

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: January 10, 2024

**fnldec** (01/22)